**820**

## ORDER

PER CURIAM.

Appellants, Alisa Kaye Mize ("mother") and Paul Richardson Badolato ("father"), appeal from the judgment of the Circuit Court of St. Louis County, terminating their parental rights to their daughter ("M.D.B."). We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

## Order

PER CURIAM.

Phyllis Mays appeals the circuit court's affirmance of a rent and possession judgment against her, which resulted in her eviction from the property of Rose Neal and a $1,400.00 restitution judgment in favor of Ms. Neal. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

**Rose A. NEAL, Respondent,**

v.

**Phyllis M. MAYS, Appellant.**

**No. WD 63011.**

Missouri Court of Appeals,
Western District.

May 25, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 29, 2004.

Phyllis M. Mays, pro se.

Jacob Matthew Doleshal, Independence, MO, for respondent.

Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

**Jeffery LUKENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 83235.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 1, 2004.

S. Kristina Starke, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea K. Spillars, Dora A. Fichter, Asst. Attys. Gen., Jefferson City, MO, for respondent.